UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>KEITH R. SILVERNAIL,<br><br>               Defendant. | No. 05-CV-3033-MWL<br><br>JUDGMENT UPON<br>ORDER OF DEFAULT |

BEFORE THE COURT is Plaintiff's Motion for Judgment upon Order of Default. (Ct. Rec. 11). Assistant United States Attorney Rolf H. Tangvald represents Plaintiff. Defendant Keith R. Silvernail failed to respond or otherwise contact the Court.

On March 31, 2005, the United States filed a complaint against Defendant based upon his failure to repay Health Education Assistance Loans. (Ct. Rec. 1-1). Defendant was personally served with two copies of the complaint by Deputy United States Marshal Christopher M. Smith on June 24, 2005. (Ct. Rec. 2, 8-2). On August 1, 2005, Plaintiff moved for entry of default against Defendant who had not responded to the complaint; that motion was granted on August 22, 2005.

JUDGMENT UPON ORDER OF DEFAULT - 1

Pursuant to a promissory note executed on January 15, 1998, as evidence of consolidation of Health Education Assistance Loans under Section 701-720 of the Public Health Service Act (42 U.S.C. § 292 f-p), Defendant owes Plaintiff the principal amount of $108,971.71 as of August 7, 2004, plus interest accruing after that date at a rate of 4.125% per annum to the date of judgment, $250.00 filing fee, $20.00 docket fee, U.S. Marshals Service fees of $92.03, and post-judgment interest at the legal rate until paid in full.  The amount does not exceed the amount prayed for in the complaint.  Having complied with the requirements of Fed. R. Civ. P. 55 and LR 55.1, Local Rules for the Eastern District of Washington, **JUDGMENT IS RENDERED IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT FOR THE AMOUNTS DESCRIBED ABOVE.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff and to counsel. Judgment shall be entered for Plaintiff and the file shall be **CLOSED.**

DATED this 25th day of October 2005.

                                              S/ Michael W. Leavitt
                                                 MICHAEL W. LEAVITT
                                          UNITED STATE MAGISTRATE JUDGE